Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−16701−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Gennaro R Rizziello
aka Jerry R Rizziello Jr., aka Gennaro R Rizziello Jr.
8 Black Pine Drive
Hamilton, NJ 08610

Michele A Rizziello
8 Black Pine Drive
Hamilton, NJ 08610

Social Security No.:
xxx−xx−0322                         xxx−xx−5869

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        10/27/21
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 30, 2021
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Gennaro R Rizziello  
Michele A Rizziello  
    Debtors

Case No. 21-16701-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: 132 | Total Noticed: 40 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gennaro R Rizziello, Michele A Rizziello, 8 Black Pine Drive, Hamilton, NJ 08610-1306 |
| 519291462 | + | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 519291463 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 519291464 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 519291466 | + | Capital One (Bass Pro Shops), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291477 | + | DSRM/Valero, PO Box 300, Amarillo, TX 79105-0300 |
| 519291476 | + | Discover Personal Loans, PO Box 71244, Charlotte, NC 28272-1244 |
| 519291480 | + | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 519291479 | + | First Bank Card, PO Box 2557, Omaha, NE 68103-2557 |
| 519291481 | + | Fulton Bank (Cardmember Services), PO Box 6354, Fargo, ND 58125-6354 |
| 519291483 | + | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519291490 | + | Syncb/BP/Amoco, PO Box 965024, Orlando, FL 32896-5024 |
| 519291493 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 519291492 | + | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 519291495 | + | USAA, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 519291496 | #+ | Wells Fargo, 101 N. Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2021 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2021 20:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519291474 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 30 2021 20:14:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 519291465 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 30 2021 20:16:06 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291467 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 30 2021 20:15:52 | Capital One (Wal Mart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291469 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:43 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291470 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:38 | Citibank (Exxon Mobil), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291471 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:43 | Citibank (Home Depot), PO Box 6500, Sioux |

Case 21-16701-MBK  Doc 13  Filed 09/01/21  Entered 09/02/21 00:12:26  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: 132 | Total Noticed: 40 |

| 519291472 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:34 | Falls, SD 57117-6500 |
| | | | Citibank (Sears), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291473 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:38 | Citibank (Shell), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291478 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:38 | FDS Bank/DSNB/Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 519291485 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 30 2021 20:26:34 | Macy's, PO Box 8228, Mason, OH 45040 |
| 519291475 | + Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519295302 | Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519291482 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:16:24 | GEMB/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 519291468 | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 30 2021 20:15:52 | Chase Bank USA, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 519291484 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 30 2021 20:14:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519291486 | + Email/Text: bankruptcyteam@quickenloans.com | Aug 30 2021 20:14:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519291487 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:15:52 | Syncb, PO Box 965001, Orlando, FL 32896-5001 |
| 519291488 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:16:07 | Syncb (Mattress Firm), PO Box 965001, Orlando, FL 32896-5001 |
| 519291489 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:15:52 | Syncb/American Eagle, PO Box 965036, Orlando, FL 32896-5036 |
| 519291491 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:16:23 | Syncb/PC Richard, PO Box 965033, Orlando, FL 32896-5033 |
| 519292738 | + Email/PDF: gecsedi@recoverycorp.com | Aug 30 2021 20:16:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519291494 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 30 2021 20:14:00 | US Bank, PO Box 790179, Saint Louis, MO 63179 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021    Signature:    /s/Joseph Speetjens

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: 132 | Total Noticed: 40 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Joint Debtor Michele A Rizziello njbankruptcylaw@aol.com. |
| John Zimnis | on behalf of Debtor Gennaro R Rizziello njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5