Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−16701−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gennaro R Rizziello                                                   Michele A Rizziello
   aka Jerry R Rizziello Jr., aka Gennaro R             8 Black Pine Drive
   Rizziello Jr.                                                             Hamilton, NJ 08610
   8 Black Pine Drive
   Hamilton, NJ 08610

Social Security No.:
   xxx−xx−0322                                                        xxx−xx−5869

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 17, 2021.

Dated: November 18, 2021
JAN: ghm

                                                                                                  Jeanne Naughton
                                                                                                   Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-16701-MBK |
| Gennaro R Rizziello | Chapter 13 |
| Michele A Rizziello | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gennaro R Rizziello, Michele A Rizziello, 8 Black Pine Drive, Hamilton, NJ 08610-1306 |
| 519291462 | + | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 519312128 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519291463 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 519328719 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519291464 | + | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 519291466 | + | Capital One (Bass Pro Shops), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291477 | + | DSRM/Valero, PO Box 300, Amarillo, TX 79105-0300 |
| 519291476 | + | Discover Personal Loans, PO Box 71244, Charlotte, NC 28272-1244 |
| 519291480 | + | FNB Omaha, PO Box 2557, Omaha, NE 68103-2557 |
| 519291479 | + | First Bank Card, PO Box 2557, Omaha, NE 68103-2557 |
| 519291481 | + | Fulton Bank (Cardmember Services), PO Box 6354, Fargo, ND 58125-6354 |
| 519291483 | + | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519345714 | + | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519314007 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519307381 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519296411 | ++ | PERI GARITE, ATTN CARD WORKS, 101 CROSSWAYS PARK DR W, WOODBURY NY 11797-2020 address filed with court:, First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519306486 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519291490 | + | Syncb/BP/Amoco, PO Box 965024, Orlando, FL 32896-5024 |
| 519291493 | + | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 519291492 | + | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 519291495 | + | USAA, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 519291496 | + | Wells Fargo, 101 N. Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519300042 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519291464 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 18 2021 20:28:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 519291474 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 18 2021 20:28:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 519291465 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 21-16701-MBK    Doc 24    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 60 |

| | | | |
|---|---|---|---|
| | | Nov 18 2021 20:34:04 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291467 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Nov 18 2021 20:34:18 | Capital One (Wal Mart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519309053 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 18 2021 20:34:21 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519291469 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:22 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291470 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:21 | Citibank (Exxon Mobil), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291471 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:08 | Citibank (Home Depot), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291472 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:08 | Citibank (Sears), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291473 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:33 | Citibank (Shell), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519330783 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519291478 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:22 | FDS Bank/DSNB/Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 519291485 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Nov 18 2021 20:34:34 | Macy's, PO Box 8228, Mason, OH 45040 |
| 519329496 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Nov 18 2021 20:29:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519291475 | + Email/Text: mrdiscen@discover.com | | |
| | | Nov 18 2021 20:28:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519295302 | Email/Text: mrdiscen@discover.com | | |
| | | Nov 18 2021 20:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519297421 | + Email/Text: dplbk@discover.com | | |
| | | Nov 18 2021 20:29:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519291482 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Nov 18 2021 20:34:05 | GEMB/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 519291468 | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | Nov 18 2021 20:34:17 | Chase Bank USA, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 519314007 | + Email/Text: RASEBN@raslg.com | | |
| | | Nov 18 2021 20:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519336230 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 18 2021 20:28:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519291484 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Nov 18 2021 20:28:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519343485 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 18 2021 20:34:07 | Portfolio Recovery Associates, LLC, c/o AEO INC, POB 41067, Norfolk, VA 23541 |
| 519348238 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 18 2021 20:34:21 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 519348235 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 18 2021 20:34:21 | Portfolio Recovery Associates, LLC, c/o R Us, POB 41067, Norfolk VA 23541 |
| 519336222 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Nov 18 2021 20:34:06 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 519291486 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 18 2021 20:29:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

Case 21-16701-MBK    Doc 24    Filed 11/20/21    Entered 11/21/21 00:14:24    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519291487 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:20 | Syncb, PO Box 965001, Orlando, FL 32896-5001 |
| 519291488 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:05 | Syncb (Mattress Firm), PO Box 965001, Orlando, FL 32896-5001 |
| 519291489 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:18 | Syncb/American Eagle, PO Box 965036, Orlando, FL 32896-5036 |
| 519291491 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:04 | Syncb/PC Richard, PO Box 965033, Orlando, FL 32896-5033 |
| 519321514 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519292738 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519345028 | + | Email/Text: bncmail@w-legal.com | Nov 18 2021 20:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519318948 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 18 2021 20:29:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519291494 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 18 2021 20:29:00 | US Bank, PO Box 790179, Saint Louis, MO 63179 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519312130 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Nov 18, 2021 | Form ID: plncf13 | Total Noticed: 60

John Zimnis
        on behalf of Joint Debtor Michele A Rizziello njbankruptcylaw@aol.com.

John Zimnis
        on behalf of Debtor Gennaro R Rizziello njbankruptcylaw@aol.com.

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5