| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Gennaro R Rizziello<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−0322<br>EIN   __−_____ |
| Debtor 2<br>(Spouse, if filing) | Michele A Rizziello<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−5869<br>EIN   __−_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21−16701−MEH | | |

## Order of Discharge                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Gennaro R Rizziello                                  Michele A Rizziello
aka Jerry R Rizziello Jr., aka Gennaro R
Rizziello Jr.


12/5/24                                              **By the court:** Mark Edward Hall
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:      Case No. 21-16701-MEH
Gennaro R Rizziello      Chapter 13
Michele A Rizziello
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4
Date Rcvd: Dec 05, 2024      Form ID: 3180W      Total Noticed: 59

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gennaro R Rizziello, Michele A Rizziello, 8 Black Pine Drive, Hamilton, NJ 08610-1306 |
| 519291477 | + | DSRM/Valero, PO Box 300, Amarillo, TX 79105-0300 |
| 519291481 | + | Fulton Bank (Cardmember Services), PO Box 6354, Fargo, ND 58125-6354 |
| 519291486 | + | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519306486 | + | Rocket Mortgage, LLC fka Quicken Loans, LLC at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519291490 | + | Syncb/BP/Amoco, PO Box 965024, Orlando, FL 32896-5024 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519291462 | + | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 20:52:42 | AMEX, PO Box 1270, Newark, NJ 07101-1270 |
| 519312128 | | Email/PDF: bncnotices@becket-lee.com | Dec 05 2024 20:54:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519291463 | | EDI: BANKAMER | Dec 06 2024 01:25:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 519328719 | + | EDI: BANKAMER2 | Dec 06 2024 01:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519291464 | + | EDI: TSYS2 | Dec 06 2024 01:25:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 519291474 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 05 2024 20:36:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 519291465 | + | EDI: CAPITALONE.COM | Dec 06 2024 01:25:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291466 | + | EDI: CAPITALONE.COM | Dec 06 2024 01:25:00 | Capital One (Bass Pro Shops), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519291467 | + | EDI: CAPITALONE.COM | Dec 06 2024 01:25:00 | Capital One (Wal Mart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519309053 | + | EDI: AIS.COM | Dec 06 2024 01:26:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519291469 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |

Case 21-16701-MEH   Doc 38   Filed 12/07/24   Entered 12/08/24 00:16:24   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 05, 2024 | Form ID: 3180W | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 519291470 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank (Exxon Mobil), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291471 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank (Home Depot), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291472 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank (Sears), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519291473 | + | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank (Shell), PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519330783 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519291478 | | EDI: CITICORP | Dec 06 2024 01:25:00 | FDS Bank/DSNB/Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 519291485 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Macy's, PO Box 8228, Mason, OH 45040 |
| 519329496 | | EDI: Q3G.COM | Dec 06 2024 01:26:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519291475 | + | EDI: DISCOVER | Dec 06 2024 01:25:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 519295302 | | EDI: DISCOVER | Dec 06 2024 01:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519291476 | ^ | MEBN | Dec 05 2024 20:36:09 | Discover Personal Loans, PO Box 71244, Charlotte, NC 28272-1244 |
| 519297421 | + | EDI: DISCOVERPL | Dec 06 2024 01:26:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 519291480 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 20:36:00 | FNB Omaha, PO Box 2557, Omaha, NE 68103 |
| 519291479 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 20:36:00 | First Bank Card, PO Box 2557, Omaha, NE 68103 |
| 519296411 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 05 2024 20:36:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3129, Omaha Ne 68197 |
| 519291482 | + | EDI: SYNC | Dec 06 2024 01:25:00 | GEMB/Lowes, PO Box 981400, El Paso, TX 79998-1400 |
| 519291483 | + | EDI: HFC.COM | Dec 06 2024 01:25:00 | HSBC Bank, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519345714 | ^ | MEBN | Dec 05 2024 20:36:16 | HSBC Bank USA, N.A., 2929 Walden Ave C9, Attn: Business Services, Depew, NY 14043-2690 |
| 519291468 | | EDI: JPMORGANCHASE | Dec 06 2024 01:25:00 | Chase Bank USA, 800 Brooksedge Blvd, Westerville, OH 43081 |
| 519314007 | + | Email/Text: RASEBN@raslg.com | Dec 05 2024 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519307381 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Dec 05 2024 20:36:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519336230 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2024 20:36:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519291484 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2024 20:36:00 | Kohls, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519343485 | | EDI: PRA.COM | Dec 06 2024 01:26:00 | Portfolio Recovery Associates, LLC, c/o AEO INC, POB 41067, Norfolk, VA 23541 |
| 519348238 | | EDI: PRA.COM | Dec 06 2024 01:26:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519348235 | | EDI: PRA.COM | Dec 06 2024 01:26:00 | Portfolio Recovery Associates, LLC, c/o R Us, POB 41067, Norfolk VA 23541 |
| 519336222 | | EDI: PRA.COM | Dec 06 2024 01:26:00 | Portfolio Recovery Associates, LLC, c/o Walmart, POB 41067, Norfolk VA 23541 |
| 519291487 | + | EDI: SYNC | Dec 06 2024 01:25:00 | Syncb, PO Box 965001, Orlando, FL 32896-5001 |
| 519291488 | + | EDI: SYNC | Dec 06 2024 01:25:00 | Syncb (Mattress Firm), PO Box 965001, Orlando, FL 32896-5001 |
| 519291489 | + | EDI: SYNC | Dec 06 2024 01:25:00 | Syncb/American Eagle, PO Box 965036, Orlando, FL 32896-5036 |
| 519291491 | + | EDI: SYNC | Dec 06 2024 01:25:00 | Syncb/PC Richard, PO Box 965033, Orlando, FL 32896-5033 |
| 519292738 | + | EDI: AIS.COM | Dec 06 2024 01:26:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519291493 | + | EDI: TDBANKNORTH.COM | Dec 06 2024 01:26:00 | TD Bank, PO Box 16027, Lewiston, ME 04243-9513 |
| 519345028 | + | Email/Text: bncmail@w-legal.com | Dec 05 2024 20:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519291492 | + | EDI: WTRRNBANK.COM | Dec 06 2024 01:26:00 | Target, PO Box 59317, Minneapolis, MN 55459-0317 |
| 519318948 | | EDI: USBANKARS.COM | Dec 06 2024 01:26:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 5229, Cincinnati, Ohio 45201-5229 |
| 519291494 | | EDI: USBANKARS.COM | Dec 06 2024 01:26:00 | US Bank, PO Box 790179, Saint Louis, MO 63179 |
| 519291495 | + | EDI: USAA.COM | Dec 06 2024 01:25:00 | USAA, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 519291496 | + | EDI: WFFC2 | Dec 06 2024 01:25:00 | Wells Fargo, 101 N. Phillips Avenue, Sioux Falls, SD 57104-6714 |
| 519300042 | | EDI: WFFC2 | Dec 06 2024 01:25:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 53

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519312130 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519321514 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 05, 2024 | Form ID: 3180W | Total Noticed: 59 |
| Date: Dec 07, 2024 | Signature:    /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Albert Russo
docs@russotrustee.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Zimnis
on behalf of Joint Debtor Michele A Rizziello njbankruptcylaw@aol.com.

John Zimnis
on behalf of Debtor Gennaro R Rizziello njbankruptcylaw@aol.com.

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5